FILED

APR 3 0 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) No. | |
| ) | |
| RYAN CARTWRIGHT, ) | 4:25CR227- HEA/PLC |
| ) | |
| Defendant. ) | |

## MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Tracy L. Berry, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. As a result of allegations that Defendant committed burglary of motor vehicles, Defendant is charged with possessing 15 or more access devices, Title 18, United States Code, Section 1029(a)(3) and identity theft, Title 18, United States Code, Section 1028(a)(7).

2. Pursuant to Title 18, United States Code, Section 3142(g), the weight of the evidence against defendant and defendant's history and characteristics.

3. The Government is unaware of substantial ties to the Eastern District of Missouri.

4. Defendant poses a risk of flight as he has continued to engage in criminal activity while on probation and has a history of evading arrest, aggravated battery on law enforcement, and failing to appear.

WHEREFORE, the Government is unaware of any conditions or combination of conditions that will reasonably assure defendant's appearance as required, the Government requests this Court to order defendant detained prior to trial, and further order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

s/Tracy L. Berry
TRACY L. BERRY 014753 TN
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200